Andrew L. Smith (SBN 262418)
*Andrew.Smith@jacksonlewis.com*
Serena A. Limas (SBN 358945)
*Serena.Limas@jacksonlewis.com*
JACKSON LEWIS, P.C.
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017-5408
Tel:   (213) 689-0404
Fax:  (213) 689-0430

Attorneys for Defendant
LEGENDS HOSPITALITY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Fuller, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>Legends Hospitality, LLC,<br>Does 1 through 10, inclusive,<br><br>        Defendants. | **CASE NO.: 2:26-cv-4028**<br><br>**DECLARATION OF ANDREW L. SMITH_ IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. §§ 1332, 1441(a) AND (b) (DIVERSITY)**<br><br>(Filed concurrently with Notice of Removal of Action; Civil Case Cover Sheet; Notice of Interested Parties; and Corporate Disclosure Statement) |

1

I, Andrew L. Smith, hereby declare I am an attorney duly admitted to practice law before all the courts in the State of California and the United States District Court for the Central District of California, where I am in good standing. I am a Principal with the law firm of Jackson Lewis, P.C. counsel of record for Defendant LEGENDS HOSPITALITY, LLC ("Defendant"). I have personal knowledge of the facts stated in this declaration and if called upon to do so, I could and would competently testify to them. I submit this declaration in support of Defendant's Notice of Removal of Civil Action.

1.    On November 19, 2025, Plaintiff STEPHANIE FULLER ("Plaintiff") filed a civil complaint against Defendant in the Superior Court of the State of California in and for the County of Los Angeles entitled *Stephanie Fuller vs. Legends Hospitality, LLC*, Case No. 25STCV33924 ("Complaint") which sets forth the following seven causes of action: (1) disability discrimination; (2) FEHA Retaliation; (3) failure to accommodate; (4) failure to prevent discrimination and Retaliation; (5) retaliation in violation of Cal. Gov't Code § 12945.2 (CFRA); (6) retaliation in violation of Cal. Lab. Code § 1102.5; and (7) wrongful termination. Defendant first received Plaintiff's Summons and Complaint and related court documents on November 25, 2025. A copy of the Summons, Complaint and other related court documents received by Defendant is attached as **Exhibit "A."**

2.    On January 14, 2026, Defendant filed and served its Answer in the Los Angeles County Superior Court. A true and correct copy of Defendant's Answer is attached as **Exhibit "B."**

3.    On March 18, 2026, Plaintiff confirmed with Defendant that Plaintiff's damages exceed $75,000. A stipulation reflecting this agreement is attached as Exhibit C to ("Stipulation"). Attached hereto as **Exhibit "C"** is a true and correct copy of the Stipulation Regarding Plaintiff Stephani Fuller's Damages For Purposes of Removal, which supports Defendant's basis for removal pursuant to 28 U.S.C. §§ 1332, 1441(a) and (b) (DIVERSITY).

DECLARATION OF ANDREW L. SMITH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

4.    Defendant Legends is incorporated under the laws of the State of Delaware and maintains its principal place of business in New York. The state of New York is where Defendant's primary executive, administrative, financial, and management functions are conducted and where the high-level officers direct, control, and coordinate the company's activities. Defendant has one member – Legends Hospitality Holding Company, LLC which is a Delaware corporation and has its principal place of business in New York. Attached hereto as **Exhibit "D"** is a true and correct copy of Legends' corporate registration, downloaded from the Delaware Division of Corporations website and otherwise accessible at the following URL: https://icis.corp.delaware.gov/ecorp/entitysearch/NameSearch.aspx

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 15th day of April, 2026 at Los Angeles, California.

_____
ANDREW L. SMITH

4916-7273-4853, v. 2

3

DECLARATION OF ANDREW L. SMITH IN SUPPORT OF NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA